IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR Motorola TRACFONE MODEL W418G, MOTOROLA SPRINT MODEL MB612, MOTOROLA VERIZON MODEL A9560, SAMSUNG U.S. CELLULAR MODEL SCH-R630, SONY ERICSSON AT&T MODEL W580I, AND LG MODEL LG501C CELLULAR TELEPHONES, CURRENTLY LOCATED AT THE DEA OMAHA DISTRICT OFFICE | 8:12MJ294<br><br>MOTION TO UNSEAL SEARCH WARRANT APPLICATION AND AFFIDAVIT |

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 23rd day of April, 2013.

        UNITED STATES OF AMERICA

        DEBORAH R. GILG
        United States Attorney

        s/Thomas J. Kangior
        THOMAS J. KANGIOR, #21496
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, Nebraska 68102
        (402) 661-3700

## ORDER

**IT IS SO ORDERED**.

Dated this 23rd day of April, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge